RECEIVED
JAN 1 2 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| NOEL BROWN<br>FED.REG.NO. 39312-018 | CIVIL ACTION NO. 08-1858 |
| VERSUS | JUDGE DOHERTY |
| WARDEN VIATOR, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in Chambers, in Lafayette, Louisiana, on this ___12___ day of January, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE